*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 23-BG-0980**

In re JOHN M. BURKMAN, JR.,

A Suspended Member of the Bar of the
District of Columbia Court of Appeals          **Board Docket No.** 23-BD-061
**Bar Registration No**. 463259                **DDN**:   2022-D189

BEFORE: Beckwith and McLeese, Associate Judges, and Fisher, Senior Judge.

**O R D E R**
(FILED – March 21, 2024)

On consideration of the affidavit of John M. Burkman, Jr., wherein he consents to disbarment from the bar of the District of Columbia pursuant to D.C. Bar Rule XI, §12, which said affidavit has been filed with the Clerk of the Court, and the report and recommendation of the Board on Professional Responsibility requesting that the court accept the respondent's affidavit consenting to disbarment, it is

ORDERED that John M. Burkman, Jr. is hereby disbarred by consent.   It is

FURTHER ORDERED that the Clerk shall publish this order, but the affidavit shall not be publicly disclosed or otherwise made available except upon order of the court or upon written consent of the respondent.   It is

FURTHER ORDERED that the Clerk shall cause a copy of this order to be transmitted to the Chairperson of the Board on Professional Responsibility and to the respondent, thereby giving him notice of the provisions of Rule XI, §§ 14 and 16, which set forth certain rights and responsibilities of disbarred attorneys and the effect of failure to comply therewith.   It is

FURTHER ORDERED that respondent's attention is drawn to the requirements

**No. 23-BG-0980**

of Rule XI, § 14 relating to disbarred attorneys and to the provisions of Rule XI, § 16(c) dealing with the timing of eligibility for reinstatement as related to compliance with Rule XI, § 14, including the filing of the required affidavit.

**PER CURIAM**